IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HU HAOLIN,** | |
| Plaintiff, | |
| v. | Civil Case No.: 2:25-cv-878 |
| **ALAB STORE,** *et al.*, | Honorable Judge W. Scott Hardy |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Hu Haolin ("Plaintiff") hereby dismisses this action with prejudice as to the following Defendants:

| **Defendant Name** | **Line No.** |
|---|---|
| FLIPSOM LLC | 96 |
| Ammaaz Mart | 83 |
| YoYFUN Direct | 145 |
| TUSANG | 130 |
| Watonic | 133 |
| ESKNAS | 94 |
| LFXRH | 113 |
| XJENBFUK | 142 |
| AWJIFU | 85 |
| PlayHearth | 137 |
| XMJS US | 53 |

DATED  July 29, 2025                                  Respectfully submitted,

/s/ Ge (Linda) Lei
Ge (Linda) Lei
Getech Law LLC
203 N. LaSalle St., Suite 2100,
Chicago, IL 60601
Attorney No. 6313341
Linda.lei@getechlaw.com
312-888-6633
*ATTORNEY FOR PLAINTIFF*