IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HU HAOLIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 25-878 |
| | ) |
| ALAB STORE, et al. | ) |
| | ) |
| Defendants. | ) |

**HEARING MEMO ON SHOW CAUSE HEARING**

Before Judge W. Scott Hardy

Appeared for Plaintiff:

Ge Lei, Esq._____

Appeared for Specified Opposing Defendants:

Jianyin Liu, Esq._____

| | | | |
|---|---|---|---|
| Hearing begun | 7/29/25 at 11:00 a.m. | Hearing adjourned to | N/A |
| Hearing concluded | 7/29/25 at 12:35 p.m. | Stenographer | T. Benson |
| | | Clerk: | K.Sheets / C. Kelso |

The Court held a Show Cause Hearing on Preliminary Injunction pursuant to the Temporary Restraining Order (ECF 9) entered previously in this matter as well as Plaintiff's Motion for Preliminary Injunction (Docket No. 21). The Court outlined the history of the case. Counsel for the parties verified that three defendants represented by Attorney Liu (LINSHIFAN-US, KB KAIBO, XMJS-US) have been dismissed from the case. The Court took the motion under advisement and ordered that existing TRO remain in place. Additionally, the Court denied Defendant Ammaaz Mart's Motion to Dismiss (Docket No. 24) as moot.