IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HU HAOLIN,**<br><br>             Plaintiff,<br><br>v.<br><br>**ALAB STORE,** *et al.***,**<br><br>             Defendants. | Civil Case No.: 2:25-cv-878<br><br>Honorable Judge W. Scott Hardy |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Hu Haolin ("Plaintiff") hereby dismisses this action with prejudice as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| Feledorashia | 95 |
| Gulas Trading Inc | 98 |
| Homelyst | 100 |
| jiexin | 104 |
| JinRan | 105 |
| JOGZMZ | 106 |
| Kayannuo Store | 109 |
| KLOMUS | 110 |
| LF Home Essentials Hub | 112 |
| QianDiWei | 119 |
| SULGYT | 124 |
| WEKDKAI | 135 |
| Werulen Deals | 138 |
| WhimHome | 139 |

| | |
|---|---|
| YaXin | 143 |
| YeuKun | 144 |
| YUNAFFT | 147 |

DATED  July 29, 2025                              Respectfully submitted,

/s/ Ge (Linda) Lei
Ge (Linda) Lei
Getech Law LLC
203 N. LaSalle St., Suite 2100,
Chicago, IL 60601
Attorney No. 6313341
Linda.lei@getechlaw.com
312-888-6633
*ATTORNEY FOR PLAINTIFF*