# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HU HAOLIN** <br><br> Plaintiff, <br><br> v. <br><br> **SCHEDUAL A DEFENDANTS,** <br><br> Defendants. | **Civil No.: 25-cv-878** |

## DISCLOSURE STATEMENT

Pursuant to LR 7.1.A, Defendant Qicoqico hereby discloses that it does not have any parent companies, subsidiaries, and affiliates that have issued shares or debt securities to the public.

Respectfully submitted on July 30, 2025.

/s/ Jianyin Liu
Jianyin Liu, Esq.
FBN: 1007675
The Law Offices of James Liu PLLC
15750 SW 92nd Ave Unit 20C,
Palmetto Bay, FL 33157
Ph: (305) 209 6188
Email: jamesliulaw@gmail.com

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true copy of the foregoing was sent to Plaintiff' counsel via CM/ECF on July 30, 2025.

                                 <u>/s/ Jianyin Liu</u>
                                 Jianyin Liu, Esq.