IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**HU HAOLIN,**

      Plaintiff,

  v.

**ALAB STORE,** *et al.***,**

      Defendants.

Civil Case No.: 2:25-cv-878

Honorable Judge W. Scott Hardy

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Hu Haolin ("Plaintiff") hereby dismisses this action with prejudice as to the following Defendants:

| Defendant Name | Line No. |
| --- | --- |
| Ahaamazing | 16 |
| KODOG | 111 |
| LOSO | 116 |
| huowangxin | 27 |
| ULEEN Technology Co. Ltd | 131 |

DATED August 22, 2025

Respectfully submitted,

/s/ Ge (Linda) Lei
Ge (Linda) Lei
Getech Law LLC
203 N. LaSalle St., Suite 2100,
Chicago, IL 60601
Attorney No. 6313341
Linda.lei@getechlaw.com
312-888-6633
*ATTORNEY FOR PLAINTIFF*