IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HU HAOLIN,**<br><br>  Plaintiff,<br><br>  v.<br><br>**ALAB STORE,** *et al.***,**<br><br>  Defendants. | Civil Case No.: 2:25-cv-878<br><br>Honorable Judge W. Scott Hardy |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff HU HAOLIN and Defendant GOOENG [No. 24], Defendant Jugaad Life [No. 107], Defendant AYHome [No. 2], Defendant BMONATY [No. 7] hereby jointly file this stipulation of dismissal. The Parties stipulate to the dismissal of all claims brought in this action with prejudice. The Parties are to bear their own costs, expenses, and attorneys' fees.

Dated: September 17, 2025                                              Respectfully submitted,

<u>/s/ Jianyin Liu</u>
<u>Jianyin Liu, Esq.</u>
<u>The Law Offices of James Liu PLLC</u>
<u>15750 SW 92nd Ave Unit 20C</u>
<u>Palmetto Bay, FL 33157</u>
<u>Ph: (305) 209-6188</u>
<u>Email: jamesliulaw@gmail.com</u>
<u>Florida Bar No. 1006765</u>

*ATTORNEY For Defendant*


                                                                     <u>/s/ Ge (Linda) Lei</u>
                                                                     Ge (Linda) Lei
                                                                     203 N. LaSalle St., Suite 2100
                                                                     Chicago, IL 60601
                                                                     Attorney No. 6313341
                                                                     Linda.lei@getechlaw.com
                                                                     312-888-6633

                                                                     *ATTORNEY For Plaintiff*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September 17, 2025, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Western District of PENNSYLVANIA, using the electronic case filing system of the court. A true and complete copy of the foregoing document has been served upon all counsel of record.

                                                /s/ Ge (Linda) Lei
                                                Ge (Linda) Lei