# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HU HAOLIN,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**ALAB STORE,** *et al.***,**<br><br>　　　　Defendants. | Civil Case No.: 2:25-cv-878<br><br>Honorable Judge W. Scott Hardy |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff HU HAOLIN and Defendant CONUSEA [No. 89], Defendant Qicoqico [No. 65], hereby jointly file this stipulation of dismissal. The Parties stipulate to the dismissal of all claims brought in this action with prejudice. The Parties are to bear their own costs, expenses, and attorneys' fees.

Dated: September 30, 2025                              Respectfully submitted,

        /s/ Jianyin Liu
        Jianyin Liu, Esq.
        The Law Offices of James Liu PLLC
        15750 SW 92nd Ave Unit 20C
        Palmetto Bay, FL 33157
        Ph: (305) 209-6188
        Email: jamesliulaw@gmail.com
        Florida Bar No. 1006765

*ATTORNEY For Defendant*


        /s/ Ge (Linda) Lei
        Ge (Linda) Lei
        203 N. LaSalle St., Suite 2100
        Chicago, IL 60601
        Attorney No. 6313341
        Linda.lei@getechlaw.com
        312-888-6633

*ATTORNEY For Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 30, 2025, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Western District of PENNSYLVANIA, using the electronic case filing system of the court. A true and complete copy of the foregoing document has been served upon all counsel of record.

                                                                /s/ Ge (Linda) Lei
                                                                 Ge (Linda) Lei