IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**HU HAOLIN,**

    Plaintiff,

v.

**ALAB STORE,** *et al.***,**

    Defendants.

Civil Case No.: 2:25-cv-878

Honorable Judge W. Scott Hardy

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Hu Haolin ("Plaintiff") hereby dismisses this action with prejudice as to the following Defendants:

| Defendant Name | Line No. |
| --- | --- |
| BlissfulAura | 73 |
| ToyTrek | 81 |
| Joy Plays | 76 |

DATED October 16, 2025

Respectfully submitted,

/s/ Ge (Linda) Lei
Ge (Linda) Lei
Getech Law LLC
203 N. LaSalle St., Suite 2100,
Chicago, IL 60601
Attorney No. 6313341
Linda.lei@getechlaw.com
312-888-6633

*ATTORNEY FOR PLAINTIFF*