UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

HU HAOLIN,

Plaintiff,
v.                                                                          Civil Action No. 25-878
ALAB STORE, et al.,

Defendants.
_____/

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL
FOR DEFENDANT ELITEPATH**

COMES NOW, this 13th day of November, 2025, upon consideration of the Motion to Withdraw as Counsel filed by Jianyin Liu of the Law Offices of James Liu PLLC on behalf of Defendant Elitepath, and it appearing that:

- The Motion complies with Local Rule 83.2 C.4;

- Good cause exists due to non-payment of fees and cessation of client communication;

- Notice has been provided to the Defendant; and

- Defendant is a corporate entity that must appear through counsel;

IT IS HEREBY ORDERED that:

1. The Motion to Withdraw as Counsel is GRANTED.

2. Jianyin Liu and The Law Offices of James Liu PLLC are permitted to withdraw as counsel for Defendant Elitepath.

3. All future notices shall be served on Defendant at:

  ELITEPATH INC
  Attn: 陈小凯 (Chen Xiaokai)

720 N Curtis Ave
Alhambra, CA 91801
Phone: +86 1-538-292-9575

4. Defendant ELITEPATH is advised that, as a corporation, it may not appear pro se and must retain substitute counsel promptly to avoid default or other adverse consequences. Substitute Counsel must enter an appearance within 14 days.

5. Counsel shall serve a copy of this Order of Defendant ELITEPATH.

        /s/ W. Scott Hardy
        Honorable W. Scott Hardy
        United States District Judge