IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HU HAOLIN,** <br><br> Plaintiff, <br><br> v. <br><br> **ALAB STORE,** *et al.*, <br><br> Defendants. | Civil Case No.: 2:25-cv-878 <br><br> Honorable Judge W. Scott Hardy |

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2025, Defendant ELITEPATH was served via email at the email address(es) provided by the third party with the following notice:

"PLEASE BE ADVISED that Plaintiff has filed Plaintiff's Motion for Default against ELITEPATH, Motion to Deny Motion as Moot. A copy of the relevant documents are attached."

I further certify that on December 3, 2025, a true and correct copy of Plaintiff's Motion and accompanying document (ECF 76) was served upon Defendant ELITEPATH via email at the email address(es) provided by the third party.

DATED: December 3, 2025

Respectfully submitted,

/s/ Ge (Linda) Lei
Ge (Linda) Lei
Getech Law LLC
203 N. LaSalle St., Suite 2100
Chicago, IL 60601
Attorney No. 6313341
Linda.lei@getechlaw.com
312-888-6633
*ATTORNEY FOR PLAINTIFF*

1