**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **HU HAOLIN,**<br><br>Plaintiff,<br><br>v.<br><br>**ALAB STORE, *et al*.,**<br><br>Defendants. | Civil Case No.: 2:25-cv-878<br><br>Honorable Judge W. Scott Hardy |

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT ORDER AND PERMANENT INJUNCTION**

Plaintiff Hu Haolin ("Plaintiff"), through its counsel, moves this Honorable Court to grant and enter a Default Judgment Order and Permanent Injunction against Defendants identified in Schedule A to the Complaint who have failed to respond, otherwise plead, or have not yet been dismissed ("Defaulting Defendants", as delineated in Schedule A of the attached Proposed Order). The reasons for such are set forth in the concurrently filed Memorandum of Law in Support.

A Proposed Order is concurrently filed.

DATED May 11, 2026

Respectfully submitted,

/s/ Ge (Linda) Lei
Ge (Linda) Lei
Getech Law LLC
203 N. LaSalle St., Suite 2100,
Chicago, IL 60601
Attorney No. 6313341
Linda.lei@getechlaw.com
312-888-6633

*ATTORNEY FOR PLAINTIFF*